MAYER BROWN LLP
DALE J. GIALI (SBN 150382)
dgiali@mayerbrown.com
KERI E. BORDERS (SBN 194015)
kborders@mayerbrown.com
REBECCA B. JOHNS (SBN 293989)
rjohns@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
LOGITECH, INC.

[ADDITIONAL PARTY ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES PORATH, individually on behalf of all others similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>LOGITECH, INC., a California corporation,<br><br>Defendant. | Case No. 3:18-cv-03091<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER REFERRING PARTIES TO PRE-CERTIFICATION MAGISTRATE JUDGE SETTLEMENT CONFERENCE**<br><br>Complaint Filed: May 23, 2018 |

Plaintiff James Porath ("Plaintiff") and defendant Logitech, Inc. ("Logitech") (collectively, the "Parties"), by and through their respective counsel of record, hereby agree to and request a Court order referring the parties to a settlement conference before Magistrate Judge Jacqueline Scott Corley for the purpose of pre-class certification settlement discussions. Mindful of the Court's June 13, 2018 Notice and Order re Putative Class Actions and Factors To Be Evaluated For Any Proposed Class Settlement (ECF No. 16), the Parties stipulate and agree as follows:

WHEREAS, on May 23, 2018, Plaintiff filed his complaint in this matter (ECF No. 1), alleging that certain of the advertising of Logitech's Z200 speakers that he relied on in his purchasing decision misled him into believing he was purchasing a speaker set that had two drivers per speaker when, in fact, each speaker had only one driver;

WHEREAS, on June 13, 2018, the Court issued its June 13, 2018 Notice and Order re Putative Class Actions and Factors To Be Evaluated For Any Proposed Class Settlement, ECF No. 16 (the "Order");

WHEREAS, the Parties have carefully reviewed the Order and confirm their current and anticipated future compliance with its terms;

WHEREAS, on July 19, 2018, Logitech answered the complaint (ECF No. 18);

WHEREAS, on July 23, 2018, Logitech emailed Plaintiff's counsel expressing an interest in resolving the case by making the putative class whole but noting that, pursuant to the Order, the necessary first step would be to obtain leave from this Court to begin any settlement discussions,

WHEREAS, the Parties subsequently discussed the steps necessary to obtain an order from this Court granting the Parties leave to discuss a pre-certification resolution, but, mindful of the Order, made certain not to discuss specific settlement terms, attorneys' fees, incentive awards, or anything similar,

WHEREAS, the Parties believe that this may be the rare putative class action case that, under the Order, is appropriate for early class resolution because:

- For purposes of the proposed settlement negotiations before Magistrate Judge Corley, Logitech agrees to negotiate a settlement on a class basis and will not seek a "discount" based on the potential risk that the putative class is not certified.
- Logitech has confirmed to Plaintiff that it has already begun the process of revising the challenged advertising to address the specific issue experienced by Plaintiff.
- Logitech has further confirmed that it is prepared to negotiate a resolution with Plaintiff and other similarly situated consumers with respect to purchases of the Z200 speakers to make all such consumers whole.
- Logitech has further confirmed that it is prepared to memorialize such resolution in a class settlement, subject to review and approval by the Court;
- The Parties have further confirmed that they are prepared to provide reasonable and appropriate discovery to develop the factual record necessary to negotiate and reach an appropriate resolution.
- Plaintiff's counsel intends to file a motion for appointment of interim lead counsel no later than August 22, 2018.
- The Parties have agreed to seek a referral to Magistrate Judge Jacqueline Scott Corley for a Magistrate Judge Settlement Conference.

WHEREAS, because Logitech is prepared to proceed immediately to negotiating, on a class basis, a resolution of the issue experienced by Plaintiff and other similarly situated consumers, **and to making such consumers whole**, the Parties do not believe that continuing to expend resources litigating the matter, or that class certification proceedings, are necessary or an efficient course of action or in the best interest of the putative class; and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to approval from the Court, that:

1. The Parties are familiar with and will abide by the Order;

1    2.   Upon the requested referral, the Parties will convene a settlement conference
2  before Magistrate Judge Jacqueline Scott Corley to explore a class settlement on terms consistent
3  with the Order; and
4    3.   The Parties shall report to the Court regarding the progress of the settlement
5  discussions and anticipated future actions.

Dated:  August 21, 2018                    EDELSON PC
                                           Rafey Balabanian
                                           Todd Logan


                                           By: */s/ Todd Logan*
                                               Todd Logan
                                           *Attorneys for Plaintiff and the Putative Class*


Dated: August 21, 2018                     MAYER BROWN LLP
                                           Dale J. Giali
                                           Keri E. Borders
                                           Rebecca B. Johns


                                           By: */s/ Dale J. Giali*
                                               Dale J. Giali
                                           *Attorneys for Defendant Logitech, Inc.*

**ATTESTATION**

I, Dale J. Giali, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3) that concurrence to the filing of this document has been obtained from each signatory.

By: */s/ Dale J. Giali*
Dale J. Giali
Attorney for Defendant Logitech, Inc.

### **[PROPOSED] ORDER**

Pursuant to stipulation, it is **SO ORDERED** that:

1. The Parties may convene a settlement conference to explore a class settlement on terms consistent with the Court's June 13, 2018 Order (ECF No. 16);

2. The case is referred for settlement purposes to Magistrate Judge Jacqueline Scott Corley to conduct an early settlement conference; and

3. The Parties shall report to the Court regarding the progress of the settlement discussions, as well as their anticipated course of action regarding settlement, within 7 days of the completion of the settlement conference with Magistrate Jacqueline Scott Corley.

DATED: _____      _____

                                         HONORABLE WILLIAM ALSUP
                                         United States District Judge