IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORATH, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOGITECH, INC.,<br><br>　　　　Defendant.<br>———————————————————— / | No. C 18-03091 WHA<br><br>**ORDER RE STIPULATED REQUEST TO EXTEND DEADLINE TO MOVE FOR CLASS CERTIFICATION** |

The Court is in receipt of the parties' stipulation to extend plaintiff's deadline to move for class certification to March 7 (Dkt. No. 41). The parties' request to extend plaintiff's deadline to move for class certification is **GRANTED IN PART**. Plaintiff shall move for class certification by **FEBRUARY 21**. The class certification motion will then be heard on a 49-day track.

**IT IS SO ORDERED.**

Dated: January 24, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE