IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORATH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOGITECH, INC., a California corporation,<br><br>Defendant. | No. C 18-03091 WHA<br><br>**ORDER RE MOTION TO STAY** |

Defendant moves to stay pending resolution of its most recent petition for writ of mandamus (Dkt. No. 43). Whether or not to issue a stay is within the district court's discretion with factors weighed on a "sliding scale," whereby the elements are balanced so that "a stronger showing of one element may offset a weaker showing of another." *Leiva-Perez v. Holder*, 640 F.3d 962, 964 (9th Cir. 2011) (quoting *Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131 (9th Cir. 2011)). For the same reasons set forth in the motion denying the motion for leave to move for reconsideration (Dkt. No. 40), this motion to stay is **DENIED**. Discovery shall proceed as scheduled.

**IT IS SO ORDERED.**

Dated: January 26, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE