IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORATH, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>LOGITECH, INC.,<br><br>    Defendant. | No. C 18-03091 WHA<br><br>**ORDER RE INTERIM COUNSEL** |

In light of the recent ruling by our court of appeals, the Court is inclined, once the Rule 23 motion is fully briefed on both sides, to appoint plaintiff's counsel as interim counsel to negotiate a class settlement — if plaintiff's counsel believe they can do so without prejudice to a class. The Court still believes any class would be better served by waiting for a certification order and then negotiating from strength, but it may be instructive to see how it works out in this case. The Court will rely on the briefing to help illuminate any Rule 23 problems that may have influenced a settlement. If plaintiff's counsel wish to try this, please make an application to be appointed as interim counsel once all briefing on the Rule 23 motion is completed.

**IT IS SO ORDERED.**

Dated: September 23, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE