IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORATH, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>LOGITECH, INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 18-03091 WHA<br><br>**ORDER VACATING PRE-TRIAL AND TRIAL DATES** |

　　　In light of the stay issued by our court of appeals in February 2019, the pre-trial and trial dates set by the case management order dated August 23, 2018 are hereby **VACATED**. In this connection, a further case management conference is hereby **SET** for **NOVEMBER 14, 2019 AT 8:00 A.M.** The parties must file a joint case management statement at least seven days prior.

　　　**IT IS SO ORDERED.**

Dated: October 7, 2019.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE