UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORATH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LOGITECH, INC.,<br><br>    Defendant. | No. C 18-03091 WHA<br><br>**AMENDED CASE MANAGEMENT SCHEDULING ORDER: NOTICE TO ABSENT CLASS MEMBERS** |

In light of counsel's decision not to propose a new class representative (Dkt. No. 82), plaintiff shall submit a proposed notice to absent class members of the demise of this class action, as well as a plan of distribution, by JANUARY 9 at NOON. Any objections shall be filed by JANUARY 13 at NOON.

The proposed notice shall, among other options, give putative class members sixty days to intervene as the putative class representative, with their own counsel, before this case will be dismissed. If nobody steps forward by then, this action will be dismissed.

**IT IS SO ORDERED.**

Dated: December 23, 2019.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE