UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORATH, individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>LOGITECH, INC.,<br><br>    Defendant. | No. C 18-03091 WHA<br><br>**ORDER REGARDING CLASS NOTICE** |

Plaintiff's proposed notice and plan of distribution is Approved. Plaintiff shall send notice to the class by February 14. Plaintiff shall also file a status report by February 14, March 13, and April 14, each by Noon. Pending further order, this case will be dismissed on April 14. Plaintiff shall promptly notify the Court of any delay in response the subpoenas.

In light of defendant's response (Dkt. No. 85), plaintiff's counsel shall please in the February 14 status report: (1) confirm whether they intend to refile the underlying claims elsewhere on behalf of any member of the putative class and (2) submit objections, if any, to defendant's proposal that counsel be required to provide notice if any such subsequent case is filed elsewhere.

**IT IS SO ORDERED.**

Dated: January 24, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE