UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORATH,<br><br>        Plaintiff,<br><br>    v.<br><br>OFFICE DEPOT, INC.,<br><br>        Defendant. | Case No. 20-mc-80089-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On May 21, 2020, this miscellaneous action was transferred from the Southern District of Florida. [Docket No. 13.] Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge William Alsup to determine whether it is related to *Porath v. Logitech Inc.*, 18-cv-3091-WHA.

**IT IS SO ORDERED.**

Dated: May 26, 2020

                                            Donna M. Ryu<br>
                                    United States Magistrate Judge