1

2

3

4                        UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7   JAMES PORATH,                          Case No. 4:20-cv-03571-KAW

8          Plaintiff,                      **JUDICIAL REFERRAL FOR THE
                                           PURPOSES OF DETERMINING
9      v.                                  RELATIONSHIP**

    LOGITECH INC,
10
           Defendant.
11

12

13       Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

14  Honorable William Alsup for consideration of whether the case is related to *Porath v. Logitech,*

15  *Inc.*, 18-cv-03091-WHA.

16       **IT IS SO ORDERED.**

17  Dated: May 29, 2020

18  _____
    KANDIS A. WESTMORE
19  United States Magistrate Judge

20

21

22

23

24

25

26

27

28