UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORATH,<br><br>        Plaintiff,<br><br>  v.<br><br>LOGITECH INC.,<br><br>        Defendant. | No. 3:18-cv-03091-WHA<br>No. 3:20-mc-80089-WHA<br>No. 3:20-cv-03571-WHA<br><br>**ORDER DISMISSING CASES** |
| JAMES PORATH,<br><br>        Plaintiff,<br><br>  v.<br><br>OFFICE DEPOT, INC.,<br><br>        Defendant. | |
| JAMES PORATH,<br><br>        Plaintiff,<br><br>  v.<br><br>LOGITECH INC.,<br><br>        Defendant. | |

In May 2018, a class action complaint was filed against Logitech Inc. by plaintiff James Porath (Dkt. No. 1). On November 18, 2019, the Court denied class certification on the

grounds that the proposed class representative, a three-time convicted felon, could not be trusted as a fiduciary to lead any class (Dkt. No. 78). The Court allowed plaintiff's counsel the opportunity to seek a new class representative, an opportunity which counsel declined (Dkt. No. 82). The Court then instructed plaintiff's counsel to submit a proposed notice to absent class members of the demise of this class action, as well as a plan of distribution of such notice (Dkt. No. 83). Counsel's plan to effectuate notice to the class included service of subpoenas on certain third-party retailers in order to obtain email addresses for the putative class members (Dkt. No. 84). The Court approved plaintiff's proposed notice and distribution plan, stating that pending further order, the case would be dismissed on April 14, 2020 (Dkt. No. 87). Subsequently, two third-party retailers that were subpoenaed pursuant to the Court's order, Office Depot, Inc. and Amazon.com, Inc., objected to the subpoenas, resulting in the filing of two related cases seeking to compel those third-party retailers' compliance with the Court's order, 3:20-mc-80089-WHA and 3:20-cv-03571-WHA.

The Court finds that after the passage of so much time, there is no longer any need to give the putative class notice of the collapse of this case. Earlier, plaintiff's counsel was given the opportunity to find a new class representative and class counsel advised they would not do so. Many months have now passed, and no one has sought to intervene and pick up the fallen banner. There is no need to subpoena Office Depot, Inc. and Amazon.com, Inc. in order to identify persons who bought the at-issue product who conceivably might be relying on the pendency of this action. Therefore, the subpoenas as to Office Depot, Inc. and Amazon.com, Inc. are **QUASHED**. All three related cases are **DISMISSED** with prejudice as to Mr. Porath and without prejudice to the putative class members.

**IT IS SO ORDERED.**

Dated: November 30, 2020

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2